UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KURT STOCKER,

                Plaintiff,

- against -

THE RITZ-CARLTON HOTEL and THE RITZ-CARLTON HOTEL COMPANY, LLC,

                Defendants.
------------------------------------------------------------X

**RULE 7.1 DISCLOSURE STATEMENT**

Index No.:





08 CV 3663

APR 16 2008
U.S.D.C. S.D.N.Y.
CASHIERS

JUDGE CASTEL

      Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for THE RITZ-CARLTON HOTEL COMPANY, L.L.C. ("the Ritz-Carlton"), a private non-governmental party, certifies that it, as well as the entities that comprise the ownership of the Ritz-Carlton, Marriott Senior Holding Co., Marriott International Capital Corporation, MI Holding, L.P., RC Marriott III, Inc. and RC Marriott, Inc., are subsidiaries of, or are otherwise related to, Marriott International, Inc., a publicly traded company.

Dated:    New York, New York
            April 16, 2008

                            Respectfully submitted,

                            SARETSKY KATZ DRANOFF & GLASS, L.L.P.

            By:        _____
                                Alan G. Katz, Esq. (AGK 4812)

                            Attorneys for Defendant
                            475 Park Avenue South, 26th Floor
                            New York, New York 10016
                            (212) 973-9797

TO:  McCARTHY & KELLY, LLP
     Attorneys for Plaintiff
     Federal Plaza
     52 Duane Street
     New York, New York 10007
     (212) 732-6000

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK  )
                    ss.:
COUNTY OF NEW YORK )

Bonnie Buchwald, being duly sworn, deposes and says: that deponent is not a party to the action, is over 18 years of age and resides in Kings County, New York; that on the 16th day of April, 2008 deponent, on behalf of defendants, The Ritz-Carlton Hotel and The Ritz Carlton Hotel Company, LLC., served one copy of the within **RULE 7.1 DISCLOSURE STATEMENT** upon:

McCARTHY & KELLY, LLP
Attorneys for Plaintiff
Federal Plaza
52 Duane Street
New York, New York 10007
(212) 732-6000

at the address designated by said attorneys for that purpose, depositing same, enclosed in postpaid, properly addressed wrappers, in an official depository under the exclusive care of the United States Post Office in New York.

_____
Bonnie Buchwald

Sworn to before me this
16th day of April, 2008

_____
Notary Public

JACK RAMOS
Notary Public, State of New York
No. 01RA6046532
Qualified in Nassau County
Commission Expires August 14, 20 _10_

SARETSKY KATZ DRANOFF & GLASS, L.L.P.

Index No. 104074    Year 20 08

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

KURT STOCKER,

Plaintiff,

- against -

THE RITZ-CARLTON HOTEL and THE RITZ-CARLTON HOTEL COMPANY, LLC.,

Defendants.

## RULE 7.1 DISCLOSURE STATEMENT

SARETSKY KATZ DRANOFF & GLASS, L.L.P.

Attorney(s) for **Defendant**
Office and Post Office Address

475 PARK AVENUE SOUTH
NEW YORK, N.Y. 10016
(212) 973-9797
FAX (212) 973-0939

To

Attorney(s) for

Service of a copy of the within                                  is hereby admitted.

Dated,

Attorney(s) for                         .....................................

**Sir: Please take notice**

☐ *NOTICE OF ENTRY*
that the within is a (certified) true copy of a
duly entered in the office of the clerk of the within named court on                     20
☐ *NOTICE OF SETTLEMENT*
that an order                              of which the within is a true copy will be presented for
settlement to the HON.                                                          one of the judges
of the within named Court, at
on the           day of             20       at       M.

Dated,

COMPLIANCE PURSUANT TO 22 NYCRR §130-1.1-a

Yours, etc.

To the best of the undersigned's knowledge, information and belief formed
after an inquiry reasonable under the circumstances, the within document(s)   SARETSKY KATZ DRANOFF & GLASS, L.L.P.
and contentions contained herein are not frivolous as defined in 22 NYCRR   Attorney(s) for
§130-1.1-a.
                                                                            Office and Post Office Address